IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-25-1H

UNITED STATES OF AMERICA )
)
v. ) **ORDER**
)
STACEY WILLIAMS, )
)
Defendant. )

This matter is before the court on the oral, ex parte motion of appellate counsel for defendant. On October 5, 2010, judgment was entered sentencing defendant to sixty-nine months' imprisonment for one count of felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924. Defendant filed a notice of appeal from the October 5, 2010, judgment on October 26, 2010. For good cause shown, the court GRANTS appellate counsel's motion and, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure, extends defendant's time for filing an appeal for a period of thirty (30) days. Defendant's notice of appeal filed October 26, 2010, is deemed timely.

This 18th day of November 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31