IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-25-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) ORDER |
| STACEY WILLIAMS, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to reduce his sentence filed January 19, 2016. Finding no legal basis for granting such a reduction, defendant's motion [DE #65] is DENIED.

This 2nd day of February 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26